UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Shaikh Latif

Case No.: 18-20445 VFP

Chapter: 7

Judge: Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

Jeffrey A. Lester, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 28, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 11 Fieldstone, Upper Saddle River, NJ Value about $700,000

Liens on property: Selective Portfolio Servicing    Balance about $733,400

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 18-20445-VFP
Shaikh F Latif                                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 27, 2018
                              Form ID: pdf905          Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Shaikh F Latif,    11 Fieldstone Lane,    Saddle River, NJ 07458-1005
517548269      +Citibank,   Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517548270      +E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2018 23:54:52      SPS,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517548271      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 00:06:17      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517548272*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Donald Troy Bonomo    on behalf of Debtor Shaikh F Latif dbonomo123@gmail.com,
               tdr68458@notify.bestcase.com
              Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com,    NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, et al rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```