| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| --- |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 212605<br>Attorneys for Movant: Select Portfolio Servicing, Inc.<br>as servicing agent for U.S. Bank NA, successor trustee<br>to Bank of America, NA, successor in interest to<br>LaSalle Bank NA, as trustee, on behalf of the holders<br>of the Washington Mutual Mortgage Pass-Through<br>Certificates, WMALT Series 2006-1 |
| In Re:<br><br>Shaikh F. Latif |

Order Filed on August 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-20445-VFP
Chapter 7

August 28, 2018
Hearing Date: ~~August 14, 2018~~
Time: 10:00 a.m.

Judge: Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED**

**DATED: August 30, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-1 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**11 Fieldstone Lane, Upper Saddle River, NJ 07458**


ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.