| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 212605<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-1 | **Order Filed on August 30, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Shaikh F. Latif | Case No.: 18-20445-VFP<br>Chapter 7<br><br>Hearing Date: ~~August 14, 2018~~ August 28, 2018<br>Time: 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: August 30, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-1 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**11 Fieldstone Lane, Upper Saddle River, NJ 07458**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Shaikh F Latif  
      Debtor

Case No. 18-20445-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.  
db          +Shaikh F Latif,    11 Fieldstone Lane,    Saddle River, NJ 07458-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:  
        Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
        Donald Troy Bonomo    on behalf of Debtor Shaikh F Latif dbonomo123@gmail.com, tdr68458@notify.bestcase.com  
        Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com,  NJ19@ecfcbis.com  
        Jeffrey Lester    jlester@bllaw.com,  NJ19@ecfcbis.com  
        Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, et al rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 6